JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE NAVARRO, | ) Case No. CV 20-4279-JPR |
|               Plaintiff, | ) |
| | ) |
|       v. | ) **J U D G M E N T** |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social | ) |
| Security, | ) |
| | ) |
|           Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing or remanding the case for further proceedings is DENIED; (2) the Acting Commissioner's request for an order affirming her final decision is GRANTED; and (3) judgment is entered in the Acting Commissioner's favor.

DATED:  August 27, 2021

_____
JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE